IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BASSETT,

        Plaintiff,                      No. 2:10-cv-0539 KJN P

    vs.

E. CALLISON, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On April 6, 2010, plaintiff's claims against defendant Staniff were dismissed with leave to amend. Plaintiff was granted the option to file an amended complaint or, if he failed to file an amended complaint, his election to proceed forthwith would be construed as consent to an order dismissing his defective claims against defendant Staniff without prejudice. On May 18, 2010, plaintiff filed the notice of submission of documents and provided service documents, thereby opting to proceed forthwith and consenting to the dismissal of defendant Staniff without prejudice.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that defendant Staniff is dismissed from
2  this action without prejudice.  Fed. R. Civ. P. 41.
3  DATED: June 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10  bass0539.dsm