1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD BASSETT,

11              Plaintiff,              No. 2:10-cv-0539 KJN P

12        vs.

13   E. CALLISON, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On September 16, 2010, plaintiff filed a motion for emergency

18   injunctive relief.  Plaintiff alleges defendants Callison and Swart are retaliating against him for

19   filing the instant action.  Plaintiff also avers that defendants Callison and Swart are enlisting the

20   assistance of other correctional officers to assist them in this retaliation.  Plaintiff has provided

21   declarations from himself and other inmate witnesses.

22        Good cause appearing, the court will direct defendants to respond to plaintiff's

23   motion on or before October 5, 2010.  Plaintiff's reply, if any, shall be filed fourteen days

24   thereafter.  At that time, the motion will stand submitted.

25   ////

26   ////

1

1          Accordingly, IT IS HEREBY ORDERED that:defendants shall respond to

2    plaintiff's September 16, 2010 motion on or before October 5, 2010.  Plaintiff's reply, if any,

3    shall be filed fourteen days thereafter.

4    DATED:  September 20, 2010

5

6

7                                             _____

                                              KENDALL J. NEWMAN

8                                             UNITED STATES MAGISTRATE JUDGE

9    barr0539.fb

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26