IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BASSETT,

      Plaintiff,                       No. 2:10-cv-0539 KJN P

      vs.

E. CALLISON, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition and a reply to defendants' reply to plaintiff's opposition to the September 30, 2010 motion to dismiss. First, plaintiff filed an opposition to the motion to dismiss on October 20, 2010. Second, plaintiff is not permitted to file a reply to defendants' reply. The Local Rules contemplate the filing of a motion, opposition and a reply. Local Rule 230(*l*). The motion to dismiss is now fully briefed and submitted for decision. No further filings are required or permitted in connection with the pending motion to dismiss. Therefore, plaintiff's requests will be denied.

        On October 27, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on April 23, 2010, and October 6, 2010. All requests were denied. In light of those orders, plaintiff's third request will be denied.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 1, 2010 and November 10, 2010 motions for extensions of time are denied. (Dkt. Nos. 64 & 65.)

2. Plaintiff's October 27, 2010 request (Dkt. No. 63) is denied.

DATED: November 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bass0539.36(4)