IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BASSETT,

      Plaintiff,                    No. 2:10-cv-0539 KJN P

   vs.

E. CALLISON, et al.,

      Defendants.              <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. The parties have consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). Plaintiff has filed motions to compel defendant Callison to answer interrogatories and to respond to a request for production of documents. Defendants contend no interrogatories were received, and point out that plaintiff provided no proof that the interrogatories were served on defendants' counsel. Defendants also argue that the responses to the request for production of documents were timely provided. Plaintiff has not filed a reply to the opposition.

       This court's January 12, 2011 discovery order provided that discovery responses are due forty-five days from the date propounded. (Dkt. No. 83.)

       Plaintiff's interrogatories were allegedly propounded on January 28, 2011, and the request for production of documents was propounded on January 21, 2011. (Dkt. Nos. 90, 91.)

1

Plaintiff signed his motion to compel on March 3, 2011.[1]  Under the court's discovery order, defendant Callison's answers to interrogatories were due on or before March 14, 2011, and his responses to the request for production of documents were due on or before March 7, 2011. Therefore, plaintiff's March 3, 2011 motions are premature and are denied without prejudice.

However, in light of counsel's claim that the interrogatories were not received, defendants' offer to respond to the interrogatories on or before April 17, 2011, forty-five days from the date the motion to compel was served, is reasonable.  Accordingly, defendant Callison is granted an extension of time until April 17, 2011 in which to answer the first set of interrogatories.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 7, 2011 motion to compel (dkt. no. 90) is denied.

2. Plaintiff's March 7, 2011 motion to compel (dkt. no. 91) is denied.

3. Defendant Callison is granted an extension of time in which to answer the first set of interrogatories until on or before April 17, 2011.

DATED:  March 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bass0539.mtc

---

[1] See Houston v. Lack, 487 U.S. 266, 275-76 (1988) (pro se prisoner filing is dated from the date prisoner delivers it to prison authorities); Douglas v. Noelle, 567 F.3d 1103, 1109 (9th Cir. 2009) (holding that "the Houston mailbox rule applies to § 1983 complaints filed by pro se prisoners").