IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BASSETT,

    Plaintiff,                    No. 2:10-cv-0539 KJN P

    vs.

E. CALLISON, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has requested that this action be dismissed. On March 30, 2011 the defendant filed a statement of non-opposition to plaintiff's motion to dismiss. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 25, 2011 motion to dismiss this action (dkt. no. 93) is granted, and this action is dismissed without prejudice.

DATED: April 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bass0539.59